# United States Court of Appeals
# for the Fifth Circuit

No. 20-30317

A True Copy
Certified order issued Aug 12, 2020

Tyle W. Cayce

Clerk, U.S. Court of Appeals, Fifth Circuit

REBECCA METZINGER, M.D.,

*Plaintiff — Appellant,*

*versus*

UNITED STATES DEPARTMENT OF VETERANS AFFAIRS, THROUGH ITS SECRETARY,

*Defendant — Appellee.*

---

Appeals from the United States District Court
for the Eastern District of Louisiana

---

Before JONES, STEWART, and COSTA, Circuit Judges.

PER CURIAM:

  IT IS ORDERED that appellee's opposed motion to dismiss the appeals for lack of jurisdiction is GRANTED.

  IT IS FURTHER ORDERED that appellant's motion for writ of mandamus is DENIED.