# United States Court of Appeals for the Federal Circuit

---

**REBECCA METZINGER, M.D.,**

*Plaintiff-Appellant*

v.

**DEPARTMENT OF VETERANS AFFAIRS, VETERANS HEALTH ADMINISTRATION,**

*Defendants-Appellees*

---

2020-1906

---

Appeal from the United States District Court for the Eastern District of Louisiana in No. 2:19-cv-10614-SSV-DPC, 20-599, Judge Sarah S. Vance.

---

### JUDGMENT

---

THIS CAUSE having been considered, it is

ORDERED AND ADJUDGED:

**AFFIRMED**

FOR THE COURT

December 14, 2021  
Date

/s/ Peter R. Marksteiner  
Peter R. Marksteiner  
Clerk of Court