# United States Court of Appeals for the Federal Circuit

---

**REBECCA METZINGER, M.D.,**
*Plaintiff-Appellant*

v.

**DEPARTMENT OF VETERANS AFFAIRS, VETERANS HEALTH ADMINISTRATION,**
*Defendants-Appellees*

---

2020-1906

---

Appeal from the United States District Court for the Eastern District of Louisiana in No. 2:19-cv-10614-SSV-DPC, 20-599, Judge Sarah S. Vance.

---

**MANDATE**

---

In accordance with the judgment of this Court, entered December 14, 2021, and pursuant to Rule 41 of the Federal Rules of Appellate Procedure, the formal mandate is hereby issued.

FOR THE COURT

March 21, 2022
    Date

/s/ Peter R. Marksteiner
Peter R. Marksteiner
Clerk of Court